THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. RYAN, Appellant, *v.* JAMES W. ROBERTSON, as Sheriff of Washington County, et al., Respondents.

*People ex rel. Ryan* v. *Robertson,* 20 App. Div. 687, affirmed.
(Argued January 10, 1901; decided January 25, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 27, 1897, affirming an order of the special county judge of Washington county denying a motion for the discharge of the relator from imprisonment, upon writs of habeas corpus and certiorari, and remanding him to custody.

*R. O. Bassett* and *L. H. Northup* for appellant.

*James White* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.